UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Nicholas Grubisich<br>   Elizabeth Grubisich<br>             Debtor(s) | Case No. 10-56290 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/21/2010.

2) The plan was confirmed on 06/08/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/05/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 10/14/2015.

6) Number of months from filing to last payment: 58.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $25,800.00.

10) Amount of unsecured claims discharged without payment: $10,425.74.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $106,100.00 |
| Less amount refunded to debtor | $648.51 |
| **NET RECEIPTS:** | **$105,451.49** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,484.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,152.89 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,636.89** |
| Attorney fees paid and disclosed by debtor: | $16.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACUTE CARE SPECIALIST | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST GLENOAKS MEDICAL C | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ALLIED CREDIT | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| ALLIED CREDIT | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL ILLINOIS INC DBA BENE | Secured | 52,415.25 | 25,059.84 | 25,059.84 | 25,059.84 | 0.00 |
| BENEFICIAL ILLINOIS INC DBA BENE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 364.00 | 364.00 | 364.00 | 364.00 | 0.00 |
| CCA | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 5,423.00 | 3,509.50 | 3,509.50 | 3,509.50 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 50.00 | 50.00 | 50.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 121.28 | NA | NA | 0.00 | 0.00 |
| CITY OF LOCKPORT | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| CLINICAL ASSOC IN MED LLC | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| COGENT HEALTHCARE OF IOWA | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION AGENCY | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 208.00 | 209.70 | 209.70 | 209.70 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 643.00 | 643.47 | 643.47 | 643.47 | 0.00 |
| CREDIT MANAGEMENT CONTROL | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| DAVID RADIOLOGY PC | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| DR JEFFRY G LAPSKER | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DUPAGE PATHOLOGY ASSOC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| GLENSIDE FPD | Unsecured | 659.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE | Unsecured | 16,102.00 | 16,102.97 | 16,102.97 | 16,102.97 | 0.00 |
| HEALTHCARE DELIVERY SYSTEMS | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| ILLINI SURGICAL ASSOCIATES | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 1,000.00 | 41,135.50 | 41,135.50 | 41,135.50 | 0.00 |
| INTEGRATED RESPIRATORY | Unsecured | 36.46 | NA | NA | 0.00 | 0.00 |
| JDMG OF THE QUAD CITIES | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LARSEN LAW FIRM | Unsecured | NA | 6,606.52 | 6,606.52 | 6,606.52 | 0.00 |
| MARY E MONACO DO | Unsecured | 1,789.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST NEUROLOGICAL ASSOC | Unsecured | 599.00 | 643.50 | 643.50 | 643.50 | 0.00 |
| NATIONAL RECOVERIES INC | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| NEWSOME PHYSICAL THERAPY NTV | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK POLICE DEPARTMEN | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PAIN CENTERS OF CHICAGO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY INC | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| PLANTATION BILLING CENTER | Unsecured | 1,012.00 | 978.23 | 978.23 | 978.23 | 0.00 |
| RMS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 650.00 | 650.68 | 650.68 | 650.68 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 212.47 | 1,345.75 | 1,345.75 | 1,345.75 | 0.00 |
| SOUTHWEST SURGICAL ASSTS | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 514.00 | 514.94 | 514.94 | 514.94 | 0.00 |
| TD AUTO FINANCE LLC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRI COUNTY ANESTHESIA ASSOC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $25,059.84 | $25,059.84 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,059.84** | **$25,059.84** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$72,754.76** | **$72,754.76** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,636.89 |
| Disbursements to Creditors | $97,814.60 |
| **TOTAL DISBURSEMENTS:** | **$105,451.49** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/07/2016         By: /s/ Glenn Stearns
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**